UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-22345-CIV-King/Garber

WILD CATS, INC.,
Florida corporation,

    Plaintiff,

v.

CESAR BLAS and GO
HAPPY FEET.COM, a
Florida company,

    Defendants.
_____/

**<u>ORDER</u>**

    THIS CAUSE is before the Court on its receipt of two letters (identical) dated April 14, 2007 from one Violeta Ortiz. The Court construes said letters to be Motions for a Continuance of the hearing which was scheduled for April 18, 2007. Said hearing was held; the defendant Blas, at no time in this cause had ever filed any responsive pleadings or any other motions and had not otherwise appeared in this cause.

    The Court also does construe the aforesaid letters as seeking relief from this Court's Order of Contempt entered following the April 18th hearing. Upon due consideration, it is hereby

    ORDERED that all relief sought by the defendant Blas as set forth in the letters dated April 14th, 2007 submitted by Violet Ortiz are hereby DENIED.

    DONE AND ORDERED in Chambers at Miami, Florida this 30th day of April, 2007.

                                                                        _____
                                                                        BARRY L. GARBER
                                                                        UNITED STATES MAGISTRATE JUDGE