```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                    CASE NO. 06-22345-KING-GARBER
```

WILD CATS, INC.,                    )
a Florida Corporation,              )
                                    )
    Plaintiff,                     )
vs.                                 )
                                    )
CESAR BLAS,                         )
an individual,                      )
                                    )
and                                 )
                                    )
GOHAPPYFEET.COM,                    )
                                    )
    Defendants.                    )
_____)


**ORDER AWARDING ATTORNEY FEES AND COSTS TO PLAINTIFF PURSUANT TO PLAINTIFF'S BILL OF COSTS AND ATTORNEY FEES**
<u>**IN CONNECTION WITH PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE**</u>

      THIS CAUSE came before the Court upon the Plaintiff's above referenced Bill of Costs and Attorney Fees filed in connection with Plaintiff's Motion for Order to Show Cause as to Why Defendants Should Not Be Held in Contempt and/or for Contempt and to Impose Compensatory and Coercive Sanctions. Plaintiff's Bill of Costs and Attorney Fees was timely submitted pursuant to this Court's Order of April 27, 2007 granting Plaintiff's Motion to Show Cause.

      Attorney fees and costs are awarded pursuant to this Court's discretion and inherent power to sanction.  Attorney fees are limited to those reasonably and necessarily incurred in the attempt to enforce compliance with this Court's Orders.  <u>Abbott</u>

Laboratories, Inc. v. Unlimited Beverages, Inc., 218 F.3d 1238, 1242 (11th Cir. 2000).  Costs awarded as sanctions in a show cause order are not limited to those costs pursuant to 28 U.S.C. sec. 1920, and may, for example, include investigator costs. See Tom James Company v. Morgan, 141 Fed. Appx. 894, 900, 2005 U.S. App. LEXIS 17958, **13-14 (11th Cir. 2005).

This Court has reviewed the Plaintiff's Bill of Fees and Costs, and the supporting declaration of counsel for Plaintiff, Andrew W. Ransom.  That documentation reflects detailed hourly time entries as to attorney time, supporting attorney fees in the amount of $16,204.50.  The documentation also reflects costs, including process service, Express Mail costs and investigator costs, which also include detailed hourly entries.  The costs total $3,238.26.  The declaration and supporting time records demonstrate that the attorney fees and costs submitted were reasonable and necessarily incurred in Plaintiff's efforts to enforce compliance with this Court's Orders, which efforts resulted in an Order Granting Plaintiff's Motion to Show Cause.

The Court having so reviewed the records submitted in connection with Plaintiff's Bill of Fees and Costs, and being otherwise advised in the premises, it is hereby

**ORDERED** that said Bill of Fees and Costs is **Approved.**

Plaintiff is awarded its attorney fees and costs in connection with Plaintiff's Motion to Show Cause, in the total amount of $19,442.76.

DONE AND ORDERED this 29th day of May, 2007, in Chambers, in Miami, Florida.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE


cc: Andrew W. Ransom
    MALLOY & MALLOY, P.A.
    2800 S.W. Third Avenue
    Miami, Florida 33129

    Telephone (305) 858-8000
    Facsimile (305) 858-0008
    Email: aransom@malloylaw.com
    Counsel for Plaintiff

    Cesar Blas
    Gohappyfeet.com
    P.O. Box 622174
    Orlando, Florida 32862
    Defendants

    Cesar Blas
    Gohappyfeet.com
    696 Sabal Palm Ct., Apt. 3
    Altamonte Springs, FL 32701